UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEANINE ANN ONEILL,**

    **Plaintiff,**

**v.**           Case No: 6:19-cv-2359-GKS-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge entered on April 13, 2021, (Doc. No. 28), pertaining to Plaintiff Jeanine Ann ONeill's Petition for EAJA [Equal Access to Justice Act] Fees pursuant to 28 U.S.C. 2312(d), and Request for Oral Argument (Doc. 24). The Commissioner of Social Security filed an Opposition to Plaintiff's Petition. (Doc. 26). Neither party has filed Objections to the Report and Recommendation.

Following review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 28) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. As the prevailing party, Plaintiff Jeanine Ann ONeill is awarded Equal Access to Justice Act attorney's fees. Plaintiff's Petition for EAJA Fees Pursuant to 28 U.S.C. 2312(d), and Request for Oral Argument, is **GRANTED in part and DENIED in part.** The Court **AWARDS** Plaintiff attorneys' fees in the amount of $6,785.23; and

3. Plaintiff's request for oral argument is **DENIED as MOOT**.

4. The Clerk of Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Jeanine Ann ONeill and against Defendant Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this 13 day of May, 2021.

---
G. KENDALL SHARP
**SENIOR UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record
Unrepresented Parties